

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00124-CR

Aaron Nathaniel **VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5894
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to reflect the appellant did not enter a plea to the enhancement allegation in the indictment, and the judgment is AFFIRMED AS MODIFIED.

SIGNED October 23, 2019.

_____
Irene Rios, Justice